Auburn Correctional Facility, Respondent. [986 NYS2d 372]—Motion for leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ BROWN & BROWN, INC., et al., Respondents-Appellants, v THERESA A. JOHNSON et al., Appellants-Respondents. (Appeal No. 1.) BROWN & BROWN, INC., et al., v THERESA A. JOHNSON et al., Appellants. (Appeal No. 2.) [986 NYS2d 373]—Motion for reargument is denied. Motion for leave to appeal to the Court of Appeals is granted. Cross motion for leave to appeal to the Court of Appeals is denied. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ ERIC M. FISHER et al., Respondents, v NATHANIEL C. HILL et al., Appellants. [986 NYS2d 372]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ PAUL FOTI, Appellant, v GINA FOTI, Respondent. [986 NYS2d 373]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Valentino and Whalen, JJ.

■ QUINN HEYWARD, Appellant, v BRUCE SHANNE et al., Respondents. [986 NYS2d 373]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY THOMAS, Appellant. [986 NYS2d 373]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra, Carni and Whalen, JJ.

■ In the Matter of the Estate of STANLEY A. WAGNER, Deceased. JAAN AARISMAA, IV, Appellant; JOHN L. WAGNER, as Executor of STANLEY A. WAGNER, Deceased, Respondent. [986 NYS2d 373]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ MARK D. PLUMLEY et al., Appellants, v ERIE BOULEVARD HYDROPOWER, L.P., Respondent. [986 NYS2d 372]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.

■ DONALD E. KEINZ, Appellant, v PETER M. HOBAICA, LLC, Respondent. [986 NYS2d 372]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. WHITE, Also Known as MICHAEL BREWER, Appellant.